IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY 18 A 9:35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ronnie Fenn )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:05cv461-T
Terry S. King )   (To be supplied by Clerk of
Burt L. Smithart )   U.S. District Court)
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  Ronnie Fenn 212548

            Defendant(s)  Terry S. King
                          Burt L. Smithart

        2.  Court (if federal court, name the district; if
            state court, name the county)  Barbour
            County Circuit Court

SCANNED
WH 5/18/05

3. Docket number Case No CC-97-04
4. Name of judge to whom case was assigned Burt L SmithHart Circuit Court Judge.
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Serveing Time on Case Now from 1997
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Facility 200 Wallace Dr Clio, Alabama 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Barbour County Court House Clayton, Alabama

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Terry Stward King | Louisvill St. Clayton, Al |
| 2. Burt L SmithHart | P.O. 219 Clayton, Al |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Sept 12, 02 At Barbour County Court House Clayton, Al 36016

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Due Process violated By Lack of Prompt Hearing

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON SepT 11, 02 Mrs Terry S. King Issued A Complaint for NoT ReporTing. ON SepT 12, 02 Judge Burt L. SmithHart Issued A Arrest warrent for failure To Appear for Revocation Hearing ON SepT 16, 02 Same day of Complaint

GROUND TWO: Due Process violeTed by Lack of PromPT Hearing

SUPPORTING FACTS: See, HewiTT v. Helms 482 U.S. 775; 96 L Ed. 2d. 654 107 SCT 2672 Also 655 F 2d. 487 Due Process violaT by Lack of PromPT Hearing. FeNN was sreving A 10 yrs Split 2 yr Sentence IN 2000 by Judge SmithHart FeNN Had To be PresenT To Revocation Hearing

GROUND THREE: Record was Held Back To Keep Petitioner from filing Claim.

SUPPORTING FACTS: JusT Recive New Evidence

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*make SetTlEmenT ANd Releif ANd Discusion oN Hcbees Corpus 204-CV-474-F -204-CV-681-F*

_____ *Ronnie Fenn* _____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
                    (Date)

_____ *Ronnie Fenn* _____
Signature of plaintiff(s)

4