RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2005 MAY 18 A 9: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

2:05cv461-T

I, _Ronnie Fenn_, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?  YES ( )  NO (✓)

   B. Rent payments, interest, or dividends?  YES ( )  NO (✓)

   C. Pensions, annuities, or life insurance payments?  YES ( )  NO (✓)

   D. Gifts or inheritances?  YES ( )  NO (✓)

   E. Any other sources?  YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
   _____
   _____

                                                    _____
                                                     Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____,
199___, at _____, Alabama.

                                                     _____
                                                     NOTARY PUBLIC in and for said County,
                                                     in said State
(SEAL)

My commission expires _____.

                                    OR

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on _____.

                                                     _____
                                                     Plaintiff

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                    EASTERLING CORR FACILITY


AIS #: 212548      NAME: FENN, RONNIE                    AS OF: 05/10/2005

                    # OF        AVG DAILY         MONTHLY
         MONTH      DAYS        BALANCE           DEPOSITS
---------------------------------------------------------------------------

         MAY        21          $0.01             $0.12
         JUN        30          $0.12             $0.00
         JUL        31          $31.47            $400.00
         AUG        31          $109.91           $200.00
         SEP        30          $58.82            $300.00
         OCT        31          $22.43            $145.00
         NOV        30          $0.52             $0.00
         DEC        31          $0.02             $0.00
         JAN        31          $0.02             $0.00
         FEB        28          $0.02             $0.00
         MAR        31          $0.02             $0.00
         APR        30          $0.02             $0.00
         MAY        10          $0.02             $0.00
```

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2005 MAY 18 A 9:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Ronnie Fenn 212548 )
_____ )
_____ )
_____ )
        Plaintiff(s)   )
                       )       2:05cv461-T
        v.             )
Terry Stwerd King.    )
Burt L Smithheit      )
_____ )
_____ )
        Defendant(s)  )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Ronnie Fenn__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Ronnie Fenn_
Plaintiff(s) signature