IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE FENN, #212548, | ) |
|    Plaintiff, | ) |
| v. | )    2:05-CV-461-T |
| | )    WO |
| TERRY S. KING, *et al.*, | ) |
|    Defendants. | ) |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on May 23, 2005 (Doc. 3), that this case be dismissed with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B). After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of June, 2005.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE