RECEIVED
2005 JUN 22 A 9:36

IN The UNITed States DISTrict Court
for The middle DISTrict of Alabama
NorThern                    DIVISON

Ronnie Fenn 212548
       vs                        Civil ACTION NO
Burt L. SmithHart etAl;     205-CV-461-T
Terry S. KinG. etAl;

NoTice of Appeal of DOC No. 3 by The
UNITed STates DisTrict Judge myron H. Thompson.
UNder Rule 60(B) 28 U.S.C. 1299, 92. 28 U.S.C. 1746. 42
U.S.C. 1983

INTo This Court Comes Ronnie Fenn by ANd Through
Himself ANd file This NoTice of Appeal of DOC NO. 3.
Also see, Ex-parte Dozier 827 so. 2d. 774. Also see,
Bolton vs State, 767 so. 2d. 410. Nobel vs State,
708 so. 2d. 217 ANd based ON Newly discov-
ered Evidence Toward The Pending Habeas
Corpus ANd willimas SPeciAl Report.

Certificate of Service

I hereby certify that on 21st day of June 2005. A forgoing of the same is placed AT

State of Alabama
Office of The
Attorney General
11 South Union Street
Montgomery, Al 36130-0152

Executed on 6/21st/05    Respectfully Submitted
                         Ronnie Fon