IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-13716-E

RONNIE FENN,

                              Plaintiff-Appellant,

versus

TERRY S. KING,
BURT L. SMITHHART,

                              Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before **CARNES, MARCUS** and **PRYOR**, Circuit Judges.

BY THE COURT:

Upon reconsideration of this Court's order dated September 29, 2005, appellant's motion for leave to proceed on appeal is DENIED and the appeal is DISMISSED because it is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Wilkinson v. Dotson, 544 U.S. ___, 125 S.Ct. 1242, 1247-48, 161 L.Ed.2d 253 (2005); Stump v. Sparkman, 435 U.S. 349, 355-57, 98 S.Ct. 1099, 1104-05, 55 L.Ed.2d 331 (1978).